UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. **4:21MC944 NCC** |
| ) | |
| EIGHTEEN (18) ASSORTED ) | |
| FIREARMS; ) | |
| ) | |
| TWO (2) COMPONENT ASSORTED ) | |
| AMMUNITION; and ) | |
| ) | |
| THIRTEEN THOUSAND, THREE ) | |
| HUNDRED NINETY (13,390) ROUNDS ) | |
| ASSORTED AMMUNITION, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, and respectfully moves this Court to extend the time in which the United States is required to file a verified complaint for forfeiture and in support of its Motion states as follows:

1. On April 30, 2021, the the following property was seized from Jason Wyciskalla, during the course of a criminal investigation:

    a. Ruger New Mdl Sngl SX HNTR Revolver, SN:260-40771;

    b. Smith & Wesson 1006 Pistol, SN:TET2164;

    c. Glock GMBH 17 Pistol, SN:BRMU653;

    d. Beretta USA Corp 92X Pistol, SN:92X0030577;

    e. LWRC (Leitner Wise Rifle Co. Inc.) M6IC Rifle, SN:24-85867;

    f.   Smith & Wesson M&P 15-22 Rifle, SN:LAA0651;

    g.   Zastava AK-47-USA Rifle, SN:Z70087634;

    h.   Henry Repeating Rifle Company H001 Lever Action Rifle, SN:688509H;

    i.   Remington Arms Company, Inc. 700 Rifle, SN:C6409535;

    j.   Smith & Wesson M&P 15 Rifle, SN:SY08415;

    k.   Smith & Wesson M&P 15 Rifle, SN:SY08646;

    l.   Marlin Firearms Co. 336W Rifle, SN:MR47635D;

    m.   Remington Arms Company, Inc. 1100 Shotgun, SN:N354629M;

    n.   Marlin Firearms Co. 336W Rifle, SN:MR47917D;

    o.   Henry Repeating Rifle Company H001 Lever Action Rifle, SN:681114H;

    p.   Remington Arms Company, Inc. 870 Shotgun, SN:RS58056U;

    q.   Remington Arms Company, Inc. 870 Shotgun, SN:RS57061U;

    r.   Ruger Single Six Revolver, SN:261-75739;

    s.   Two (2) Component Assorted Ammunition; and

    t.   13,390 Rounds Assorted Ammunition.

2.    The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") has sent the required written notice of intent to forfeit as set forth in Title 18, United States Code, Section 983(a)(3)(A).

3.    The time has expired for any person to file an administrative claim to the property under Title 18, United States Code, Section 983(a)(2)(A)-(E).

4.    The only person to file an administrative claim to the defendant property with the Bureau of Alcohol, Tobacco, Firearms and Explosives is Joyce Wyciskalla.

5.    Title 18, United States Code, Section 983(a)(3)(A) provides as follows:

>Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed ***may extend the period for filing a complaint for good cause shown*** or upon agreement of the parties.

6. Title 18, United States Code, Section 983(a)(3)(B) also provides that the United States may maintain possession of the property by filing criminal charges within the relevant time frame.

7. Accordingly, absent an order extending its time, the United States must either file a civil complaint for forfeiture of the above-captioned property or file criminal charges on or about October 20, 2021.

8. The United States has an ongoing criminal investigation regarding the conduct giving rise to the forfeiture of the property. If a civil complaint is filed, any discovery in a civil case would impede the Government's ability to conduct its ongoing criminal investigation and would also create a burden on the claimant's right against self-incrimination. Should the property be returned to the claimant there would be no assurance that the property would be available as evidence in any subsequent court proceedings.

9. The requested extension is in the interest of justice insofar as it avoids the need for duplicative actions and thereby conserves judicial and other governmental resources.

10. A proposed order is included herewith for the Court's consideration.

WHEREFORE, for the foregoing good cause, the Government respectfully requests that the Court extend the period in which the United States is required to file a Complaint against the

property and/or to return criminal charges until January 18, 2022.

Dated:  October 14, 2021 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　SAYLER A. FLEMING
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　*/s/ Kyle T. Bateman*
　　　　　　　　　　　　　　　　　　　　　　KYLE T. BATEMAN, #996646(DC)
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　111 South 10th Street, Suite 20.333
　　　　　　　　　　　　　　　　　　　　　　Saint Louis, Missouri 63102
　　　　　　　　　　　　　　　　　　　　　　Telephone:      (314) 539-2200
　　　　　　　　　　　　　　　　　　　　　　Facsimile:       (314) 539-2777
　　　　　　　　　　　　　　　　　　　　　　Kyle.Bateman@usdoj.gov


## CERTIFICATE OF SERVICE

　　　　I hereby certify that on October 14, 2021, a copy of the foregoing was sent via first-class mail, postage prepaid and addressed to the following:

Joyce Wyciskalla
14905 State Road T
Festus, MO 63028


*/s/ Kyle T. Bateman*
KYLE T. BATEMAN, #996646(DC)
Assistant United States Attorney